DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY** and **JARED HOLLANDER,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D19-2449

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gina Hawkins, Judge; L.T. Case No. CACE18-013562.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Kathleen D. Kilbride, Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***